UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Tomas Kacel | ) | Case No. 14-03909 |
| | ) | |
| | ) | Hon. Deborah L. Thorne |

**TRUSTEE'S APPLICATION FOR
COMPENSATION AND EXPENSES**

TO:   The Honorable Deborah L. Thorne

NOW COMES PHILIP V. MARTINO, Trustee herein, pursuant to 11 U.S.C. §330, and requests $12,168.94 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $193,378.81. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $4,500.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $9,250.00 | ($47,500.00 max.) |
| 03% of balance | $ | |
| | | |
| TOTAL COMPENSATION | $12,168.94 | |

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                                           $0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 24th day of February, 2017.

/s/ Philip V. Martino
Philip V. Martino, Trustee

QUARLES & BRADY LLP
300 N. LaSalle Street, Suite 4000
Chicago, Illinois  60654
ADDRESS

QB\44061936.1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 14-03909 |
| **TOMAS KACEL** | ) | Judge Deborah L. Thorne |
| | ) | |
| **Debtor**. | ) | |

**AFFIDAVIT**

Trustee, Philip V. Martino, states:

1. On February 7, 2014, Debtor filed a chapter 7 petition to initiate the above-captioned bankruptcy case, and Philip V. Martino was appointed Trustee.

2. On April 2, 2014, Trustee filed his Initial Report of Assets.

3. During the 341 meeting, Debtor disclosed an unscheduled personal injury matter to Trustee (the "**Lawsuit**"). Debtor further disclosed that he had retained Special Counsel to represent him in the Lawsuit.

4. Trustee did not open a separate billing number for his trustee time until he ascertained that there would be assets to liquidate and a distribution to unsecured creditors.

5. Because of uncertainty regarding payment, he does not record all of his trustee time for most bankruptcy estates, including his efforts in the instant case.

6. In addition to the 5.1 hours indicated on the attached invoice, Trustee estimates he spent between 2 and 4 hours performing services as Trustee and has allocated his time below:

- Reviewing Schedules, conferring with Debtor's counsel and taking the 341 exam in 1998 (less than 1 hour);

QB\44087575.1

- Reviewing bank records monthly, reviewing quarterly pro forma summaries of estate activities and preparing periodic reports for the U.S. Trustee's office (less than 1 hour); and

- Reviewing court claims docket; maintaining estate records; preparing the final report, distribution report and related matters (less than 1 hour).

Further Affiant sayeth naught.

/s/ Philip V. Martino  
Philip V. Martino, Trustee

QB\44087575.1



301 East Kennedy Boulevard  
Suite 3400  
Tampa, FL 33602-5195  
Tel. 414.277.5000  
Fax 414.271.3552  
www.quarles.com

Attorneys at Law in:  
Chicago, Illinois  
Indianapolis, Indiana  
Madison and Milwaukee, Wisconsin  
Naples and Tampa, Florida  
Phoenix, Scottsdale and Tucson, Arizona  
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number: 2235210  
Invoice Date: February 21, 2017

Privileged & Confidential

Trustee Philip V. Martino for  
Tomas Kacel Chapter 7 Bankruptcy  
Quarles & Brady LLP  
300 N LaSalle Street, Suite 4000  
Chicago, IL 60654

For Professional Services Rendered Through February 21, 2017  
Re: Trustee Chapter 7 Bankruptcy  
Q & B Matter Number: 154815.00002

| | | |
|---|---|---|
| Current Fees: | $ | 3,225.50 |
| Current Total Due: | $ | 3,225.50 |
| **TOTAL AMOUNT DUE:** | **$** | **3,225.50** |

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Chapter 7 Bankruptcy of Tomas Kacel
RE: Trustee Chapter 7 Bankruptcy
Q & B Matter Number: 154815.00002

February 21, 2017
Invoice Number: 2235210
Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 06/29/16 | Conference with Attorney Ordon regarding settlement offer. | PMARTINO | 0.30 |
| 06/30/16 | Attend to settlement/payment issues for Phase I of P.I. settlement (.2); follow up call to and conference with Attorney Ordon regarding settlement and related matters (.3). | PMARTINO | 0.50 |
| 07/14/16 | Emails to and from Ordon regarding settlement and related issues (.30). | PMARTINO | 0.30 |
| 07/15/16 | Revise settlement motion and order (.30). | PMARTINO | 0.30 |
| 08/11/16 | Review, execute and return release to special counsel. | PMARTINO | 0.20 |
| 08/31/16 | Emails to/from special counsel regarding settlement check and new P.I. case. | PMARTINO | 0.10 |
| 10/06/16 | Emails to/from Ordon regarding State Farm settlement and approval/disbursement logistics. | PMARTINO | 0.40 |
| 10/07/16 | Emails to/from Ordon regarding settlement notice to regulators/medical suppliers (.2); call to/from and conference with Ordon regarding lien follow up, notice and timeline (.3). | PMARTINO | 0.50 |
| 10/14/16 | Emails and review documents regarding settlement with State Farm (.5); email to Nguyen regarding settlement/payment motion (.2); emails to/from special counsel regarding additional documents and updating debtor (.1). | PMARTINO | 0.80 |
| 10/17/16 | Follow up regarding settlement motion/status. | PMARTINO | 0.10 |
| 10/18/16 | Review claims. | PMARTINO | 0.30 |
| 10/20/16 | Conferences with Greer and Nguyen regarding P.I. attorney's lack of request for compensation for $50k insurer offset. | PMARTINO | 0.20 |
| 10/20/16 | Conference with Nguyen regarding settlement motion language. | PMARTINO | 0.10 |
| 10/21/16 | Review and revise settlement motion and order. | PMARTINO | 0.40 |
| 11/28/16 | Emails and conference with Greer regarding settlement status, payment, final report and exemption (.2); review docket regarding appointment and settlements (.1). | PMARTINO | 0.30 |
| 12/13/16 | Emails regarding certificate of service, exemption check, final report and related matters. | PMARTINO | 0.30 |

Philip V. Martino as Trustee for Chapter 7 Bankruptcy of Tomas Kacel  February 21, 2017
RE: Trustee Chapter 7 Bankruptcy                                      Invoice Number: 2235210
Q & B Matter Number: 154815.00002                                     Page 3

| Date | Description | Professional | Hours |
|---|---|---|---|
| 01/17/17 | Emails to/from special counsel regarding Debtor's $15k exemption check was finally picked up. | PMARTINO | 0.20 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| PMARTINO | Philip V. Martino | 5.30 | 608.58 | 3,225.50 |
| Total | | 5.30 | | 3,225.50 |

Total Fees:    $    3,225.50

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Tomas Kacel | ) | Case No. 14-03909 |
| | ) | |
| | ) | Hon. Deborah L. Thorne |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows;

| | | |
|---|---|---|
| 1. | Trustee's compensation | $12,168.94 |
| 2. | Trustee's expenses | $0.00 |
| | TOTAL | $12,168.94 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows;

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

QB\44061936.1