UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 14-03909 |
| **TOMAS KACEL** | ) | Judge Deborah L. Thorne |
| | ) | |
| **Debtor**. | ) | |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION FOR QUARLES & BRADY LLP, ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE BANKRUPTCY ESTATE OF TOMAS KACEL**

Trustee, Philip V. Martino, pursuant to Section 330 of the United States Bankruptcy Code, requests this Court to enter an order authorizing payment by Trustee to Quarles & Brady LLP ("**Q&B**"), attorneys for Trustee, of compensation of $2,485.50 for 5.1 hours of legal services rendered to Trustee (including 1 hour of estimated time to prepare this Application and attend the hearing on same) from April 28, 2014, to the present.

In support of this Final Application, Trustee states as follows:

### I. COMMENCEMENT OF PROCEEDING

1. On February 7, 2014, Debtor filed a chapter 7 petition to initiate the above-captioned bankruptcy case, and Philip V. Martino was appointed Trustee.

2. The 341 meeting was scheduled to be held on March 5, 2014. The meeting was continued to April 1, 2014.

3. On April 2, 2014, Trustee filed his Initial Report of Assets.

4. During the 341 meeting, Debtor disclosed an unscheduled personal injury matter to Trustee (the "**Lawsuit**"). Debtor further disclosed that he had retained Special Counsel to represent him in the Lawsuit.

QB\44079276.1

5. Trustee believes that the Lawsuit has the potential to provide enough equity to allow for a distribution to unsecured creditors.

6. Trustee is currently holding approximately $103,307.17 in his Trustee bank account for this matter, after paying Debtor his $15,000.00 exemption.

7. All professional services for which compensation is requested herein were performed by Q&B and on behalf of the Trustee and not for or on behalf of any creditor or any other person. Trustee separately accounts for his services as trustee herein, and does not request interim compensation for those services at this time.

**NATURE OF LEGAL SERVICES PERFORMED BY
QUARLES & BRADY LLP**

8. Q&B has served as counsel for the Trustee at all times in these proceedings since its appointment on June 25, 2014, retroactive to April 28, 2014. Q&B has devoted its time to legal matters in this case, including the following:

**A. EMPLOYMENT OF PROFESSIONAL PERSONS**

9. Q&B prepared, drafted and obtained court approval to retain Q&B as Trustee's General Counsel, and Maciej J. Ordon, and the Law Offices of Maciej J. Ordon as special counsel. Q&B also prepared this Application for Compensation. In connection with the retentions and requests for payment, Q&B expended 5.1 hours (including 1 hour of estimated time to prepare and finalize this fee application and attend court regarding same) for which it requests compensation of $1,955.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(1).** The general breakdown of services rendered in this category is as follows:

| **NAME** | **HOURS** |
|---|---|
| Philip V. Martino | 1.4 |
| Sarah K. Baker | 2.2 |
| Colleen A. Greer | 0.5 |

### B. ASSETS

10. Q&B worked with Special Counsel to obtain approval of the settlement of the Claim. In connection therewith, Q&B expended 1.7 hours for which it requests compensation of $530.50. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit B(2)**. The general breakdown of services rendered in this category is as follows:

| **NAME** | **HOURS** |
|---|---|
| Philip V. Martino | 0.2 |
| Thanhan Nguyen | 1.5 |

### II. STATEMENT OF LEGAL SERVICES AND EXPENSES

11. Since April 28, 2014, Q&B has devoted 5.1 hours (including 1 hour of estimated time) to represent the Trustee, and has provided this estate with actual and necessary legal services worth $2,485.50.

12. Attached as **Exhibit B** is a biographical sketch (including billing rates) of the Q&B personnel who performed services on this matter during the term of this Application.

13. Attached as **Exhibit C** is Philip Martino's affidavit in support of the Application.

**WHEREFORE**, Trustee requests the entry of an order:

A. Authorizing payment to Q&B compensation in this bankruptcy proceeding in the amount of $2,485.50 for actual, necessary and valuable professional services rendered; and

B. For such other and further relief as this Court may deem equitable and just.

Respectfully submitted,

By: /s/Philip V. Martino
      Trustee

Philip V. Martino
Thanhan Nguyen
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, Illinois 60654
(312) 715-5000

4

QB\44079276.1



301 East Kennedy Boulevard  
Suite 3400  
Tampa, FL 33602-5195  
Tel. 414.277.5000  
Fax 414.271.3552  
www.quarles.com

Attorneys at Law in:  
Chicago, Illinois  
Indianapolis, Indiana  
Madison and Milwaukee, Wisconsin  
Naples and Tampa, Florida  
Phoenix, Scottsdale and Tucson, Arizona  
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

| | |
|---|---|
| Invoice Number: | 2235227 |
| Invoice Date: | February 21, 2017 |

Privileged & Confidential

Trustee Philip V. Martino for  
Tomas Kacel Chapter 7 Bankruptcy  
Quarles & Brady LLP  
300 N LaSalle Street, Suite 4000  
Chicago, IL 60654

For Professional Services Rendered Through February 21, 2017  
Re: Professional Retention Chapter 7 Bankruptcy  
Q & B Matter Number: 154815.00003

| | | |
|---|---|---|
| Current Fees: | $ | 1,325.00 |
| Current Total Due: | $ | 1,325.00 |
| **TOTAL AMOUNT DUE:** | **$** | **1,325.00** |

**Exhibit A(1)**

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Chapter 7 Bankruptcy of Tomas Kacel  
RE: Professional Retention Chapter 7 Bankruptcy  
Q & B Matter Number: 154815.00003

February 21, 2017  
Invoice Number: 2235227  
Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 04/29/14 | Prepare draft of Motion to retain Quarles & Brady (.5); prepare draft of motion to retain special counsel and affidavit for same (.5). | CGREER | 1.00 |
| 05/13/14 | Review and revise Q&B (.2) and special counsel (.2) retention motions, affidavits and orders. | PMARTINO | 0.40 |
| 05/22/14 | Telephone call with M. Ordon regarding personal injury case. | SBAKER | 0.20 |
| 06/12/14 | Review Motions to Retain Counsel. | SBAKER | 0.50 |
| 06/24/14 | Review letter for special counsel regarding retention application. | SBAKER | 0.10 |
| 06/24/14 | Review retention application. | SBAKER | 0.40 |
| 06/25/14 | Attend hearings on retention motions. | SBAKER | 1.00 |
| 02/03/17 | Prepare draft of fee application for Q&B (.5). | CGREER | 0.50 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| PMARTINO | Philip V. Martino | 0.40 | 630.00 | 252.00 |
| SBAKER | Sarah K. Baker | 2.20 | 365.00 | 803.00 |
| CGREER | Colleen A. Greer | 1.50 | 180.00 | 270.00 |
| Total | | 4.10 | | 1,325.00 |

Total Fees: $ 1,325.00

## Quarles & Brady LLP

301 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Indianapolis, Indiana
Madison and Milwaukee, Wisconsin
Naples and Tampa, Florida
Phoenix, Scottsdale and Tucson, Arizona
Washington, DC

### INVOICE SUMMARY

Tax ID No. 39-0432630

| | |
|---|---|
| Invoice Number: | 2235224 |
| Invoice Date: | February 21, 2017 |

Privileged & Confidential

Trustee Philip V. Martino for
Tomas Kacel Chapter 7 Bankruptcy
Quarles & Brady LLP
300 N LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through February 21, 2017
Re: Assets Chapter 7 Bankruptcy
Q & B Matter Number: 154815.00005

| | | |
|---|---|---|
| Current Fees: | $ | 530.50 |
| Current Disbursements: | $ | 17.00 |
| Current Total Due: | $ | 547.50 |
| **TOTAL AMOUNT DUE:** | **$** | **547.50** |

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Chapter 7 Bankruptcy of Tomas Kacel  February 21, 2017
RE: Assets Chapter 7 Bankruptcy  Invoice Number: 2235224
Q & B Matter Number: 154815.00005  Page 2

| *Date* | *Description* | *Professional* | *Hours* |
|---|---|---|---|
| 08/09/16 | Prepare for and attend hearing on motion to approve settlement and pay special counsel (In re Kacel). | TNGUYEN1 | 1.00 |
| 11/22/16 | Attend hearing on motion to approve settlement and to pay special counsel. | TNGUYEN1 | 0.50 |
| 12/13/16 | Prepare Report of Sale/Consummation of Settlement. | PMARTINO | 0.20 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| PMARTINO | Philip V. Martino | 0.20 | 615.00 | 123.00 |
| TNGUYEN1 | Thanhan Nguyen | 1.50 | 271.67 | 407.50 |
| Total | | 1.70 | | 530.50 |

Total Fees:  $  530.50

**DISBURSEMENTS:**

| 07/31/14 | Cash Cab to/from Court 7/25/14 | $ | 17.00 |
|---|---|---|---|

Total Disbursements:  $  17.00

Total Fees and Disbursements:  $  547.50

# BIOGRAPHICAL INFORMATION

**Philip V. Martino** (PVM) is a partner at Quarles & Brady. He graduated from the American University, Washington, D.C. (B.S.B.A. 1979), and the Syracuse College of Law (J.D., *magna cum laude*, 1982). Mr. Martino's hourly billing rate is $630.00.

**Sarah K. Baker** (SKB) was an associate in the Q&B bankruptcy group in Chicago. She received her B.A. from the University of Illinois in 2002, and her J.D. from William and Mary School of Law in 2006. Ms. Baker is a member of the Pennsylvania and Illinois bars. Her hourly billing rate for fiscal year 2014 was $365.00.

**Thanhan (An) Nguyen** (TN) is an associate at Quarles & Brady in the Restructuring, Bankruptcy & Creditors' Rights Group. He graduated from University of Texas at Dallas (B.S., *magna cum laude*, 2011) and received his J.D. from University of Illinois College of Law (*magna cum laude*, 2015). Mr. Nguyen's hourly billing rate for fiscal year 2016 was $265.00 and his current billing rate is $285.00.

**Colleen A. Greer** (CAG) is a legal project assistant. Ms. Greer graduated from Northern Michigan University (B.S., *magna cum laude*, 1981), and has worked with Mr. Martino on trustee matters for about 29 years. Her hourly billing rate is $190.00.

**Exhibit B**

**STATE OF ILLINOIS** )
                              ) SS
**COUNTY OF COOK** )

I, Philip V. Martino, on oath, state as follows:

1. I am partner with the law firm of Quarles & Brady LLP ("**Q&B**") and I am the trustee for the above referenced Debtor.

2. This affidavit is submitted in support of the First and Final Application for Allowance of Compensation for Q&B (the "**Application**").

3. In the ordinary course of Q&B's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

4. In the ordinary course of Q&B's business, the information on the timesheets is entered into Q&B's computer system.

5. In the ordinary course of Q&B's business, a proforma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

6. In the ordinary course of Q&B's business, the billing partner reviews the proforma.

7. In the ordinary course of Q&B's business, a bill is prepared by computer and sent to the client.

8. I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.

9. I have reviewed the proformas for this estate and am familiar with Q&B's efforts in connection with the instant bankruptcy proceeding.

**Exhibit C**

QB\44079276.1

10. I have reviewed Exhibit A to the Application, and it is based upon Q&B documents referenced above, which are made in the ordinary course of Q&B's business and it is part of the ordinary course of Q&B's business to prepare those documents.

11. To the best of my knowledge, the information set forth on Exhibits A and B and their subparts is true and correct.

/s/ Philip V. Martino
Philip V. Martino

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.

2

QB\44079276.1

U UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 14-03909 |
| **TOMAS KACEL** | ) | Judge Deborah L. Thorne |
| | ) | |
| **Debtor**. | ) | |

**ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF COSTS INCURRED IN CONNECTION WITH THE FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION OF QUARLES & BRADY LLP, ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE <u>BANKRUPTCY ESTATE OF TOMAS KACEL</u>**

This cause coming to be heard on the First and Final Fee Application of Trustee, Philip V. Martino, for compensation to Quarles & Brady LLP as Attorneys for Trustee (the "**Application**"); due notice having been given; the Court having heard the statements of counsel present; and the Court being fully advised in the premises; the Court hereby enters the following FINDINGS:

1. That in the Application, Trustee sought to compensate Quarles & Brady LLP (a) $2,485.50 for 5.1 hours of actual, necessary and valuable professional services rendered to the Trustee since April 28, 2014 in connection with this case.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

A. That the Court allows $2,485.50 as compensation to Quarles & Brady LLP for actual, necessary and valuable professional services rendered to the Trustee since April 28, 2014 in connection with this case; and

B. That this matter is a core proceeding and this order is a final order as those terms are used in 28 U.S.C. §§ 157 and 158.

Dated:_____ 2017    **ENTERED:**

_____
United States Bankruptcy Judge

QB\44079276.1