UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 14-03909 |
| **TOMAS KACEL** | ) | Judge Deborah L. Thorne |
| | ) | |
| **Debtor**. | ) | |

## CERTIFICATE OF SERVICE

Philip V. Martino, Trustee, certifies that on April 3, 2017, he caused the *Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object*, to be served by operation of the Court's electronic filing system to all ECF recipients registered in this case.

- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Phillip A Pluister    pluister@bcclegal.com, mavropodis@bcclegal.com,bochnowski@bcclegal.com
- Michael J Worwag    mjworwag@gmail.com
- Maciej Ordon    ordon@sbcglobal.net

In addition to the ECF service, Debtor, Tomas Kacel, 1625 E. Lincoln, Des Plaines, Illinois 60018, was served by regular U.S. mail on April 11, 2017. Parties may access this filing through the Court's system.

/s/ Philip V. Martino
Philip V. Martino, Trustee

Philip V. Martino
Thanhan Nguyen
**QUARLES & BRADY LLP**
300 North LaSalle Street, Suite 4000
Chicago, Illinois 60654-3406
(312) 715-5000

QB\44917098.1