UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
                                    §
TOMAS KACEL                         §    Case No. 14-03909
                                    §
                                    §
            Debtor                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 175,349.00                     Assets Exempt: 35,901.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 32,031.54      Claims Discharged
                                                 Without Payment: 598,638.00

Total Expenses of Administration: 146,347.27

---

     3) Total gross receipts of $ 250,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 71,621.19 (see **Exhibit 2**), yielded net receipts of $ 178,378.81 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 568,966.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 146,347.27 | 146,347.27 | 146,347.27 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 46,343.00 | 31,924.65 | 31,924.65 | 32,031.54 |
| **TOTAL DISBURSEMENTS** | $ 615,309.00 | $ 178,271.92 | $ 178,271.92 | $ 178,378.81 |

    4)  This case was originally filed under chapter 7 on  02/07/2014 .  The case was pending for 45 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/09/2017              By:/s/PHILIP V. MARTINO
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PERSONAL INJURY | 1242-000 | 250,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$250,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Tomas Kacel | Exemptions | 8100-002 | 15,000.00 |
| TOMAS KACEL | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 56,621.19 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 71,621.19** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ocwen Loan Servicing 3451 Hammond Ave Waterloo, IA 50702 | | 284,483.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ocwen Loan Servicing L 3451 Hammond Ave Waterloo, IA 50702 | | 284,483.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 568,966.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | 2100-000 | NA | 12,168.94 | 12,168.94 | 12,168.94 |
| International Sureties, Ltd. | 2300-000 | NA | 37.38 | 37.38 | 37.38 |
| Associated Bank | 2600-000 | NA | 284.27 | 284.27 | 284.27 |
| QUARLES & BRADY LLP | 3110-000 | NA | 2,485.50 | 2,485.50 | 2,485.50 |
| Maciej J. Ordon | 3210-000 | NA | 66,666.33 | 66,666.33 | 66,666.33 |
| Maciej J. Ordon | 3220-000 | NA | 590.80 | 590.80 | 590.80 |
| Insurance Company (medical liens) | 3991-000 | NA | 50,000.00 | 50,000.00 | 50,000.00 |
| Medical Liens paid by Mr. Ordon | 3991-000 | NA | 14,114.05 | 14,114.05 | 14,114.05 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 146,347.27** | **$ 146,347.27** | **$ 146,347.27** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Interstate 3000 Corporate Exchange Dr 5th Floo Columbus, OH 43231 | | 0.00 | NA | NA | 0.00 |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | 15,252.00 | NA | NA | 0.00 |
| | Banco Popular 120 Broadway Fl 16 New York, NY 10271 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bay Area Credit Service LLC 1000 Abernathy Rd Suite 165 Atlanta, GA 30328 | | 0.00 | NA | NA | 0.00 |
| | Capital One Po Box 85520 Richmond, VA 23285 | | 500.00 | NA | NA | 0.00 |
| | Capital One Po Box 85520 Richmond, VA 23285 | | 500.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 13,420.00 | NA | NA | 0.00 |
| | GC Services P.O. Box 46960 Saint Louis, MO 63146 | | 0.00 | NA | NA | 0.00 |
| | Nationwide Credit P.O. Box 26314 Lehigh Valley, PA 18002 | | 0.00 | NA | NA | 0.00 |
| | Zwicker & Associates, PC PO Box 9013 Andover, MA 01810 | | 0.00 | NA | NA | 0.00 |
| 3 | AMERICAN EXPRESS BAN, FSB | 7100-900 | 0.00 | 15,252.27 | 15,252.27 | 15,252.27 |
| 2 | AMERICAN EXPRESS CENTURION BANK | 7100-900 | 14,764.00 | 14,764.45 | 14,764.45 | 14,764.45 |
| 1 | DISCOVER BANK | 7100-900 | 1,907.00 | 1,907.93 | 1,907.93 | 1,907.93 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMERICAN EXPRESS BAN, FSB | 7990-900 | NA | NA | NA | 51.07 |
| | AMERICAN EXPRESS CENTURION BANK | 7990-900 | NA | NA | NA | 49.43 |
| | DISCOVER BANK | 7990-900 | NA | NA | NA | 6.39 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 46,343.00 | $ 31,924.65 | $ 31,924.65 | $ 32,031.54 |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 14-03909 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | TOMAS KACEL | | | | Date Filed (f) or Converted (c): | 02/07/2014 (f) |
| | | | | | 341(a) Meeting Date: | 03/05/2014 |
| For Period Ending: | 10/09/2017 | | | | Claims Bar Date: | 07/07/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE LOCATED AT 1625 E. LINCOLN, DES PLAINE | 190,000.00 | 0.00 | | 0.00 | FA |
| 2. PERSONAL CHECKING ACCOUNT WITH PNC BANK | 150.00 | 0.00 | | 0.00 | FA |
| 3. BUSINESS CHECKING ACCOUNT WITH ASSOCIATE BANK | 500.00 | 0.00 | | 0.00 | FA |
| 4. PERSONAL SAVINGS ACCOUNT WITH CITIBANK | 100.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS, USED FURNITURE AND PERSONAL ELECT | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. USED PERSONAL ELECTRONICS & MUSIC | 200.00 | 0.00 | | 0.00 | FA |
| 7. USED PERSONAL CLOTHING | 800.00 | 0.00 | | 0.00 | FA |
| 8. 100% SHAREHOLDER OF TK WINDOWS & CONSTRUTION, INC. | 0.00 | 0.00 | | 0.00 | FA |
| 9. 1998 FORD F-150 | 1,500.00 | 0.00 | | 0.00 | FA |
| 10. HAND TOOLS | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. PERSONAL INJURY                     (u) | 0.00 | 235,000.00 | | 250,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $196,250.00 | $235,000.00 | | $250,000.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee's Final Report filed on March 31, 2017.
Applications for Compensation filed on April 3, 2017.
Order Allowing Compensation entered on May 4, 2017.
Final Distributions commenced on May 5, 2017.

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

RE PROP #    11    --    UNDERINSURED MOTORIST ADDED TO UNINSURED MOTORIST. $ SUBROGATION PLUS $14,114.05 MEDICAL LIENS.

Initial Projected Date of Final Report (TFR): 12/31/2015        Current Projected Date of Final Report (TFR): 06/30/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-03909 | Trustee Name: PHILIP V. MARTINO |
| Case Name: TOMAS KACEL | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0075 |
| | Checking |
| Taxpayer ID No: XX-XXX6062 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/09/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/13/16 | | Law Offices of Maciej J. Ordon<br>135 South LaSalle Street, Suite 2100<br>Chicago, IL 60603 | Settlement Receipt | | $118,628.82 | | $118,628.82 |
| | | | Gross Receipts $250,000.00 | | | | |
| | | Maciej J. Ordon<br>135 South LaSalle, Suite 2100<br>Chicago, IL 60603 | Special Counsel Fees ($66,666.33) | 3210-000 | | | |
| | | Maciej J. Ordon<br>135 S. LaSalle Street, Suite 2100<br>Chicago, Illinois 60603 | Costs ($590.80) | 3220-000 | | | |
| | | Insurance Company (medical liens) | Medical Liens ($50,000.00) | 3991-000 | | | |
| | | Medical Liens paid by Mr. Ordon | Medical Liens ($14,114.05) | 3991-000 | | | |
| | 11 | | PERSONAL INJURY $250,000.00 | 1242-000 | | | |
| 12/13/16 | 301 | Tomas Kacel | Debtor's Exemption | 8100-002 | | $15,000.00 | $103,628.82 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $108.07 | $103,520.75 |
| 02/03/17 | 302 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Bond Premium<br>Pro rata bond premium payment<br><br>Bond #016073584<br><br>Term from 02/01/17 to 02/01/18 | 2300-000 | | $37.38 | $103,483.37 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $176.20 | $103,307.17 |
| 05/05/17 | 303 | PHILIP V. MARTINO<br>300 N LASALLE ST SUITE 4000<br>CHICAGO, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $12,168.94 | $91,138.23 |

Page Subtotals: $118,628.82 $27,490.59

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Case 14-03909  Doc 48  Filed 11/13/17  Entered 11/13/17 12:05:54  Desc Main
Document  Page 11 of 13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-03909 | Trustee Name: PHILIP V. MARTINO |
| Case Name: TOMAS KACEL | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0075 |
| | Checking |
| Taxpayer ID No: XX-XXX6062 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/09/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/05/17 | 304 | QUARLES & BRADY LLP<br>300 North LaSalle Street<br>Suite 4000<br>Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | | 3110-000 | | $2,485.50 | $88,652.73 |
| 05/05/17 | 305 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | | $1,914.32 | $86,738.41 |
| | | | | ($6.39) | 7990-000 | | | |
| | | DISCOVER BANK | Final distribution to claim 1 representing a payment of 100.00 % per court order. | ($1,907.93) | 7100-900 | | | |
| 05/05/17 | 306 | AMERICAN EXPRESS CENTURION BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | (2-1) CREDIT CARD DEBT | | | | $14,813.88 | $71,924.53 |
| | | | | ($49.43) | 7990-000 | | | |
| | | AMERICAN EXPRESS CENTURION BANK | (2-1) CREDIT CARD DEBT | ($14,764.45) | 7100-900 | | | |
| 05/05/17 | 307 | AMERICAN EXPRESS BAN, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | (3-1) CREDIT CARD DEBT | | | | $15,303.34 | $56,621.19 |
| | | | | ($51.07) | 7990-000 | | | |
| | | AMERICAN EXPRESS BAN, FSB | (3-1) CREDIT CARD DEBT | ($15,252.27) | 7100-900 | | | |
| 05/05/17 | 308 | TOMAS KACEL<br>DES PLAINES, IL 60018 | Distribution of surplus funds to debtor. | | 8200-002 | | $56,621.19 | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $118,628.82 | $118,628.82 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $118,628.82 | $118,628.82 |
| | Page Subtotals: | $0.00 | $91,138.23 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

|  |  |  |
|---|---|---|
| Less: Payments to Debtors | $0.00 | $71,621.19 |
| Net | $118,628.82 | $47,007.63 |

Exhibit 9

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0075 - Checking | $118,628.82 | $47,007.63 | $0.00 |
|  | $118,628.82 | $47,007.63 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $131,371.18 |
| Total Net Deposits: | $118,628.82 |
| Total Gross Receipts: | $250,000.00 |

Page Subtotals:     $0.00     $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*